

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00153-CR

| | | |
|---|---|---|
| Anthony Robert Safian | § | From 396th District Court |
| | § | of Tarrant County (1383629D) |
| v. | § | March 3, 2016 |
| | § | Opinion by Chief Justice Livingston |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
       Chief Justice Terrie Livingston